PER CURIAM.
Affirmed on authority of Tucker v. United States, 8th Cir. 1967, 375 F.2d 363, cert. den. 389 U.S. 888, 88 S.Ct. 128, 19 L.Ed.2d 189; Mayzak v. United States, 5th Cir. 1968, 402 F.2d 152; Klingler v. United States, 8th Cir. 1969, 409 F.2d 299, cert. den. 396 U.S. 859, 90 S.Ct. 127, 24 L.Ed.2d 110; United States v. Johnson, 7th Cir. 1970, 426 F.2d 1112, cert. den. 400 U.S. 842, 91 S.Ct. 86, 27 L.Ed.2d 78; Hodges v. State, Fla.App.1958, 107 So.2d 794, 69 A.L.R.2d 1091 and Hamilton v. State, Fla.App.1963, 152 So.2d 793.
PIERCE, C. J., and HOBSON, J., concur.
MANN, J., dissents with opinion.